UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Cleo Westerfield,

                    Plaintiff,          NO.  CV-08-2457-RHW

       vs.                              **ORDER GRANTING APPLICATION TO
                                        PROCEED IN FORMA PAUPERIS AND
M.T.A. Spinks, et al.,                  DISMISSING COMPLAINT**

                    Defendants.

       Before the Court is *pro se* state prisoner Plaintiff Cleo

Westerfield's Application to Proceed In Forma Pauperis **(Ct. Rec. 5),**

filed October 30, 2008.  Plaintiff seeks relief pursuant to 42 U.S.C.

§ 1983.

       After review, **IT IS HEREBY ORDERED:**

       1. Plaintiff's Application to Proceed In Forma Pauperis

**(Ct. Rec. 5)** is **GRANTED.**

       2. Because the Petition appears to be duplicative of a petition

originally filed on August 21, 2008 and pending in the Eastern

District of California, Sacramento Division under Civil Case number

08-1970-RCF, the Petition before this Court is **DISMISSED.**  The Court

may dismiss a duplicative petition as frivolous under the authority of

28 U.S.C. § 1915(d) if it "merely repeats pending or previously

litigated claims."  *Cato v. United States*, 70 F.3d 1103, 1105 n. 2

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING
COMPLAINT -- 1

(9th Cir. 1995) (citations omitted).  Thus, the current petition is subject to dismissal as duplicative.  Plaintiff is cautioned that unless he is under imminent danger of serious physical injury, a prisoner may not bring a subsequent in forma pauperis action in the district court if, while incarcerated, he has brought three or more actions which were dismissed by the Court prior to service pursuant to 28 U.S.C. § 1915. *See* 28 U.S.C. § 1915(g).

Accordingly, the Court **GRANTS** Petitioner's request to proceed in forma pauperis and **DISMISSES** the petition with prejudice to reasserting the specified claims in another unpaid complaint.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 24th day of May 2010.


 S/Robert H. Whaley
ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE


C:\WINDOWS\Temp\notes101AA1\dismiss.wpd

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT -- 2